UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SUPERTRANSPORT, LLC** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 1:22CV-161-GHD-DAS**

**ALL AMERICAN TRUCK & TRAILER**
**REPAIR, LLC AND GREG FOWLER** **DEFENDANT(S)**

## ORDER GRANTING MOTION TO STRIKE

The plaintiff has moved to strike the affidavit of All American Truck & Trailer Repair, LLC because this corporate entity has submitted the affidavit *pro se*. Established law dictates that corporate entities, including limited liability companies may not appear in federal court without representation by a licensed attorney. *Martinez v. Tri-State Enterprises, LLC*, No. 3:16 CV-32-MPM-JMV, 2016 WL 11643591, at *1(N. Miss. May 24, 2016). All American has not obtained counsel or attempted any response to the motion.

The affidavit of All American Truck & Trailer Repair, LLC, is struck. This defendant is given twenty-one days from the date of this order in which to have an attorney enter an appearance in this action on its behalf. Should this defendant fail to comply with the order, the plaintiff will be entitled to entry of a default.

**SO ORDERED** this the 11th day of January, 2023.

/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**