**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SUPERTRANSPORT, LLC**                                                                    **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO. 1:22-CV-161-GHD-DAS**

**ALL AMERICAN TRUCK**
**& TRAILER REPAIR, LLC et al**                                               **DEFENDANTS**

## SHOW CAUSE ORDER

The plaintiff SuperTransport, LLC filed its Complaint against All American Truck & Trailer Repair, LLC, and Greg Fowler on November 9, 2022. Docket 1. On November 16, 2022, the plaintiff filed proofs of service for Greg Fowler and All American Truck & Trailer Repair, LLC reflecting service of process on November 10, 2022, and November 15, 2022, respectively. Docket 3, 4. On December 19, 2022, the plaintiff moved for entry of default as to Greg Fowler, and the Clerk of Court entered default on February 3, 2023. Docket 9, 13. The plaintiff moved for entry of default against All American Truck & Trailer Repair, LLC on February 2, 2023, and the Clerk of Court entered default on February 3, 2023. Docket 11, 12.

The plaintiff has taken no further action to prosecute its case beyond seeking and obtaining entries of default for the defendants. Therefore, the court **ORDERS** the plaintiff to show cause no later than July 21, 2023, as to why its case should not be dismissed for failure to prosecute.

**SO ORDERED**, this the 7th day of July, 2023.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**