IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

SUPERTRANSPORT, LLC                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO.: 1:22-cv-161-GHD-DAS

ALL AMERICAN TRUCK & TRAILER REPAIR, LLC
 AND GREG FOWLER                                                      DEFENDANTS

## DEFENDANTS' RESPONSES TO MOTION FOR DEFAULT JUDGMENT

COME NOW the Defendants, All American Truck & Trailer Repair, LLC and Greg Fowler, by and through counsel, and file their responses to Plaintiff's Motion for Default Judgment and would say as follows:

1]   Defendant, Greg Fowler's son died from an unexpected tragic accident at his home which has greatly impaired Mr. Fowler's ability to retain counsel and address this matter adequately and efficiently.

2]   From Mr. Fowler's previous contacts with counsel for SuperTransport, LLC, he  understood that if he released one of Plaintiff's trucks this matter would not proceed any further and would be dismissed.

3]   For just reasons, including the aforementioned, Defendants respectively move the Court to allow them proper time to file appropriate motions to set aside the Clerk's Entry of Default and to file the appropriate responsive pleadings including counter-claims that may be available.

WHEREFORE PREMISES CONSIDERED, Defendants pray for the relief set forth herein and for such other and more general relief as in the premises they may be entitled.

RESPECTFULLY SUBMITTED, this the 3rd day of August, 2023.

                                          /s/   Kenneth E. Floyd, II
                                         KENNETH E. FLOYD, II        MSB 99985
                                         Attorney for Defendants

CADLE & FLOYD, P.A.
Attorneys at Law
101 South Main Street
Booneville, Mississippi 38829
T: (662) 728-2131

## CERTIFICATE OF SERVICE

I, Kenneth E. Floyd, II, attorney for the Defendants, do hereby certify that on this day I electronically filed Defendants' Responses to Motion for Default Judgment with the Court using the MEC system which sent notification of such filing to all counsel of record registered in the system.

I further certify that I have mailed by United States Postal Service the foregoing document to all non-MEC participants: None.

THIS 3rd day of August, 2023.

/s/ *Kenneth E. Floyd, II*
KENNETH E. FLOYD, II

BWJ