UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SUPERTRANSPORT, LLC     PLAINTIFF

VS.     CIVIL ACTION NO. 1:22-cv-00161-GHD-DAS

ALL AMERICAN TRUCK & TRAILER
REPAIR, LLC, and GREG FOWLER     DEFENDANTS

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

The parties have announced to the Court a settlement of this civil action, and the Court desires that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action shall be and is hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED on this, the 1st day of November, 2023.

_____
United States District Judge

AGREED TO:

_____
G. Clark Monroe, II (MSB No. 9810)
Lauren T. Carpenter (MSB No. 106275)

_____
Kenneth E. Floyd, II (MSB No. 99985)

1